RETURN

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Brian Nicholas Washington
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

versus

Orleans Parish Prison

Sheriff Gusman

Marlin Gusman (sheriff)

Print the full name of all defendants in this
action.
DO NOT WRITE et al.

CIVIL ACTION 15-1352

NO.

SECTION SECT. G MAG. 3

TENDERED FOR FILING

APR 24 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

TENDERED FOR FILING

JUN 5 - 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# RETURN

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant Martin Gusman is employed as Sheriff New Orleans at Perdido St. - N.O. La.
Address for service: Orleans Parish Prison

C. Defendant Martin Gusman is employed as Orleans Parish Prison (Sheriff) at Perdido St. N.O. La.
Address for service:

D. Defendant Martin Gusman is employed as Orleans Parish Prison (Sheriff) at Orleans Parish Prison
Address for service: Perdido St. N.O. La.

E. Defendant _____ is employed as _____ at _____
Address for service: _____

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Orleans Deputies allowed me to be attacked by another inmates causing hospitalization. When I returned, food, medications and

4

01 June 2015

To: Mr. William W. Blevins
Clerk of Court,

From: Brian Nicholas Washington
#10008033477
Jefferson Parish Corr. Ctr.
P.O. Box 388
Gretna, La. 70053

Re: Letter of Concerns,

Clerk of Court,
This is Mr. Brian N. Washington, I'm writing in reference to Returned forms I recieved in Legal Mail on the 01 June 2015. Please see that the Returned Forms has been recompleted and is attached to this Letter of Concern.

Clerk of Court, Thank You for assisting me within this ~~Letter~~ matter.
Thank You for your Time & Information
Respectfully Submitted

C.C./B.N.W.

X B. W_____
Brian N. Washington #10008033477
Jefferson Parish Correctional Center
P.O. Box 388
Gretna, La. 70053

Brian Washington
#100803371
Jefferson Parish
Correctional Center
P.O. Box 388
Gretna, LA 70053

7013 0335 7726

NEW ORLEANS LA 700
11 JUN 2015 PM 4 L

Clerk, U.S. District Court
500 Poydras Street
Room C-151
N.O., LA 70130

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Brian Nicholas Washington
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION NO. **15-1352**

versus

Orleans Parish Prison

SECTION **SECT. C   MAG. 3**

Sheriff Gusman

TENDERED FOR FILING

APR 24 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

15 grievances - May 5-20 in Orleans Parish Prison

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? No

D. If your answer is NO, explain why you have not done so: I was under Duress and feared to do so.

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) Brian Nicholas Washington
Prisoner Number D.O.C. # 616112
Address 5322 Wilton Dr. - N.O. La - 70122
Date of Birth 2-1-1995
Date of Arrest 3-26-2014
Date of Conviction N/A, still pending trial

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant __Marlin Gusman__ is employed as __Sheriff New Orleans__ at __Perdido St.-N.O. La.__
Address for service: __Orleans Parish Prison__

C. Defendant _____ is employed as _____ at _____
Address for service: _____

D. Defendant _____ is employed as _____ at _____
Address for service: _____

E. Defendant _____ is employed as _____ at _____
Address for service: _____

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

__Orleans Deputies allowed me to be attacked by another inmates causing hospitalization. When I returned, food, medications and__

4

hygeine was denied to my pleas.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am seeking compensation to cover corrective surgeries and pain and suffering since attack. ETC

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 17 day of April, 20 15.

_____
(Signature of Plaintiff)

04/2006

5

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit

      Plaintiffs _____

      Defendants _____

   2. Court (If federal court, name of the district court; if state court, name the parish.) _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

   5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
   Yes ( )   No (✓)

   If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

   _____
   _____

II. PLACE OF PRESENT CONFINEMENT: Jefferson Parish Prison

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is "yes",

      1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____ 15 grievances - May 5-20 2014

2

To: District Court, Eastern Division

Re: Plaintiff - Brian N. Washington proceed as forma paupous in complaint

I, Brian N. Washington, wish to proceed as forma paupous, but to now pay fees at partial payment rates, assess by court, all fees due until full amount in its entirety paid in full. Thank you, sirs,

Plaintiff - Brian N. Washington

*[signature]* 4;17;15

Defendent - Marlin Gussman

Sheriff Orleans Parish

TENDERED FOR FILING

APR 24 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

April 17, 2015

I, Brian Washington, was incarcerated May 5, 2014, in the Orleans Parish Prison. I was attacked and suffered injuries requiring my hospitalization. I feel that the Deputies and Sheriff were negligent in not providing safeguards for my protection and denied me essentials for recovery. Any pleas or grievances were ignored. I am incarcerated in Jefferson Parish Prison on other non related charges. My address supplied on former form is my home address. Thank you,

Brian Washington

1- Detainee's quality in life severely diminished after officers' gross abuse and mishandling while in custody. Physical damage and pain, mental and emotional abuse as a result from questionable invasive body search while detained. State of inmate's normal sense of trust and well being lessened.

2- Officers' gross negligence and disregard for detainee's well being and safety while in custody, caused severe trauma and injuries to head (jaw, skull, face, etc) from attacks by fellow detainees. Permanent pain and discomfort to injured areas from intensive corrective surgery. Obvious scars and defects to visible areas, unblemished before attacks, needing future corrective surgeries.

3- Emotional and physical damages from cruelty and/or mishandling/neglect, in affording detainee's safety and well being while in custody. Deprivation of essentials; scheduled care/medication and therapy, feeding and hygeinal cares necessary for recovery.

4 - Detainee deprived from contact with outside concerns and officials to satisfy greivance/complaints, etc.

5 - Detainee's comissary items and his personal belongings were recklessly allowed to be lost/stolen while he was transferred/treated

6 - Court dates and obligations of detainee were ignored, causing confusion for courts to wrongly issue detainers against his normal bonds/releases status.

7 - While in custody, officers continued the abuse to detainee by verbal assaults, and tauntings encouraged by officers to other detainees for their amusement. Detainee's need for isolation or protective custody was ignored; All pleas for any and all help were fruitless, furthering detainee's unpredictable existence in hostile environment, with no obvious protection from danger by exposure to possible indignants.

Brian WASHINGTON 100080-3377
Jefferson Parish Correctional Center
P.O. Box 388
Gretna, LA, 70053

NEW ORLEANS LA 700
23 APR 2015 PM 2 L

TO. Clerk of Court
500 Camp Street
N.O., LA 70130

7013 0930 0200